ILND 450 (Rev. 04/25/2016) - Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Defendant(s).

Case No.

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes          pre–judgment interest.
                does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

other:

This action was *(check one)*:

tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
tried by Judge                      without a jury and the above decision was reached.
decided by Judge                          on a motion

Date:                          Thomas G. Bruton, Clerk of Court

                                            , Deputy Clerk